# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Julie Hodge v Northern Illinois Regional Commuter Railroad Corp.

Case Number: 2024CV02226

An appearance is hereby filed by the undersigned as attorney for:

Northeast IL Regional Commuter RR Corp, d/b/a Metra

Attorney name (type or print): Minya L. Coleman

Firm: Metra Law Department

Street address: 547 W. Jackson Blvd. 15th floor

City/State/Zip: Chicago, IL 60661

Bar ID Number: 6315270
(See item 3 in instructions)

Telephone Number: 312-322-7097

Email Address: mcoleman@metrarr.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
 If appointed counsel, are you a
 ☐ Federal Defender
 ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 22, 2024

Attorney signature: S/ Minya L. Coleman
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023