UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Julie Hodge, | ) | |
|         Plaintiff | ) ) ) | |
| v. | ) ) | 2024 -cv-02226 |
| Northeast Illinois Regional Commuter Railroad Corporation, d/b/a Metra. | ) ) ) ) ) | Judge Jorge L. Alonso |
|         Defendants. | ) | |

### NOTICE OF MOTION

TO:     See Attached Service List

**PLEASE TAKE NOTICE** that on the **Thursday, May 30, 2024 at 9:30 am** or as soon thereafter as counsel may be heard, I shall before The Honorable Judge Alonso or any judge sitting in his stead in Room 1903, located at the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604 and then and there present **Defendant Motion to Dismiss Plaintiff's Second Amended Complaint Under Rule 12(b)(6) and Memorandum in Support,** a copy of which is attached and served upon you.

                                                         _/s/: Dylan D. Shiver_
                                                         Dylan D. Shiver, Attorney for Defendant

### PROOF OF SERVICE

I, Julie Rintz, a non-attorney, certify that I filed the foregoing notice via the Clerk of the Court using the E-File System, which will send notification of such filings to all e-filing counsels of record in this case, and I sent a copy of the this notice and the aforementioned documents via electronic mail to the parties listed on the attached Service List on this 21st day of May, 2024.

                                                         _/s/ Julie Rintz_
                                                         Julie Rintz, Litigation Paralegal

Dylan D. Shiver ARDC #6328636
**Metra Law Department**
547 West Jackson Boulevard – 15th Floor
Chicago, Illinois 60661
312.322.6627
dshiver@metrarr.com

## SERVICE LIST

**ATTORNEYS FOR PLAINTIFF**
Kendra D. Spearman
Spearman Law, LLC
150 S. Wacker Drive, 25th Floor
Chicago, IL 60606
312-788-2602
kendra@spearmanlaw.com