# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Julie Hodge

                        Plaintiff,

v.                                                       Case No.: 1:24−cv−02226

                                                          Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 29, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant has filed a motion to dismiss for failure to state a claim [9]. Plaintiff's response is due 6/28/24. Defendant's reply is due 7/12/24. The motion hearing set for 5/30/24 is stricken. The status hearing previously set for 6/25/24 at 9:30 a.m. [7] remains on the docket. The Court's prior order to Plaintiff to file a status report by 6/20/24 [7] is hereby modified: the parties are directed to file a joint status report by 6/20/24. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.