# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JULIE HODGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24 C 02226 |
| ) | |
| NORTHERN ILLINOIS REGIONAL ) | Hon. Jorge L. Alonso |
| COMMUTER RAILROAD CORP., ) | |
| ) | Magistrate Judge Beth W. Jantz |
| Defendant. ) | |

## DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL

Defendant, Northern Illinois Regional Commuter Railroad Corporation, ("Defendant"), seeks leave to file the appearance of attorney David V. Cascio of Laner Muchin, Ltd. as substitute counsel for Defendant in the above-captioned matter and moves to withdraw the appearances of Dylan Shiver and Minya Coleman on Defendant's behalf. In support of this Motion, Defendant states as follows:

1. Defendant has just recently retained David V. Cascio of Laner Muchin, Ltd. to act as lead counsel in this matter. Defendant, therefore, requests that Ms. Coleman and Mr. Shiver's appearances be withdrawn in this case, and grant David V. Cascio of Laner Muchin, Ltd. leave to file his appearance as lead counsel.

2. Defendant will be represented by David V. Cascio. Therefore, granting this Motion will not delay or otherwise impact the litigation of this matter.

3. Defendant does not bring this Motion for the purpose of delay, and no party would be prejudiced by granting the relief sought in this Motion.

4. On June 19, 2024, counsel for Plaintiff informed the undersigned counsel that Plaintiff does not oppose this Motion.

Wherefore, Northern Illinois Regional Commuter Railroad Corporation, respectfully requests that this Honorable Court grant it leave to file the appearances of David V. Cascio as substitute counsel and to have the appearances of Minya Coleman and Dylan Shiver withdrawn.

Dated: June 19, 2024

Respectfully submitted,

NORTHERN ILLINOIS REGIONAL COMM
RAILROAD CORPORATION

/s/David V. Cascio
David V. Cascio
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
Dcascio@lanermuchin.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, David V. Cascio, an attorney, hereby certifies that he caused the foregoing **Defendant's Unopposed Motion to Substitute and Withdraw Counsel** in the above-captioned matter to be filed with the Court and served upon the parties of record listed below, via the Court's e-filing system, on this 19th day of June, 2024, addressed to:

> Kendra Danielle Spearman
> Spearman Law, LLC
> 150 S. Wacker Drive, 24th Floor
> Chicago, IL 60606
> (312) 788-2602
> Fax: Not a member
> Email: kendra@spearmanlaw.com
>
> Minya L. Coleman
> NIRC/Metra Railroad
> Law Department
> 547 West Jackson Boulevard, 15th Floor
> Chicago, IL 60661
> 312.322.7097
> Fax: Not a member
> Email: MColeman@Metrarr.com
>
> Dylan Shiver
> Metra
> 547 W. Jackson Blvd., Floor 15
> Chicago, IL 60661
> 312-322-6627
> Email: dshiver@metrarr.com

/s/David V. Cascio