**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE HODGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24 C 2226 |
| | ) | |
| NORTHERN ILLINOIS REGIONAL | ) | Hon. Jorge L. Alonso |
| COMMUTER RAILROAD CORP., | ) | |
| | ) | Magistrate Judge Beth W. Jantz |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: See Service List

PLEASE TAKE NOTICE that on Tuesday, June 25, 2024, at 9:30 a.m., we shall appear before the Honorable Judge Jorge L. Alonso, in Courtroom 1903, at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Unopposed Motion to Substitute and Withdraw Counsel**, a copy of which is being served upon you.

Dated: June 19, 2024

Respectfully submitted,

NORTHERN ILLINOIS REGIONAL COMM
RAILROAD CORPORATION

/s/David V. Cascio
David V. Cascio
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
Dcascio@lanermuchin.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, David V. Cascio, an attorney, hereby certifies that he caused the foregoing **Notice of Defendant's Unopposed Motion to Substitute and Withdraw Counsel** in the above-captioned matter to be filed with the Court and served upon the parties of record listed below, via the Court's e-filing system, on this 19th day of June, 2024, addressed to:

> Kendra Danielle Spearman
> Spearman Law, LLC
> 150 S. Wacker Drive, 24th Floor
> Chicago, IL 60606
> (312) 788-2602
> Fax: Not a member
> Email: kendra@spearmanlaw.com
>
> Minya L. Coleman
> NIRC/Metra Railroad
> Law Department
> 547 West Jackson Boulevard, 15th Floor
> Chicago, IL 60661
> 312.322.7097
> Fax: Not a member
> Email: MColeman@Metrarr.com
>
> Dylan Shiver
> Metra
> 547 W. Jackson Blvd., Floor 15
> Chicago, IL 60661
> 312-322-6627
> Email: dshiver@metrarr.com

                                                                                       */s/*David V. Cascio