## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Julie Hodge

                                                  Plaintiff,

v.                                                   Case No.: 1:24−cv−02226

                                                  Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                                                  Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Beth W. Jantz for the purpose of holding proceedings related to: discovery supervision; settlement conference. (lf, )Notice mailed by Judge's staff.

Dated: June 24, 2024

                                                                  /s/ Jorge L. Alonso

                                                            United States District Judge