**U.S. District Court for the Northern District of Illinois**
**Attorney Appearance Form**

| | |
|---|---|
| JULIE HODGE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Case: 1:24-cv-02226 |
| v. | ) |
| | ) Honorable Judge: Jorge L. Alonso |
| NORTHERN ILLINOIS REGIONAL | ) |
| COMMUTER RAILROAD | ) |
| CORPORATION, | ) |
| | ) Magistrate Judge: Beth W. Jantz |
| Defendant. | ) |

An appearance is hereby filed by the undersigned as attorney for:
 Northern Illinois Regional Commuter Railroad Corporation,

Attorney name (type or print):  David V. Cascio

Firm:         Laner Muchin, Ltd.

Street address:    515 N. State Street, Suite 2400

City/State/Zip:    Chicago, Illinois 60654-4688

Bar ID Number: 06303720           Telephone Number:  312/467-9800
(See item 3 in instructions)

Email Address:  dcascio@lanermuchin.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |
| If this is a criminal case, check your status. | ☐ Retained Counsel | |
| | ☐ Appointed Counsel | |
| |    If appointed counsel, are you a | |
| |    ☐ Federal Defender | |
| |    ☐ CJA Panel Attorney | |

Revised 8/1/2015

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 25, 2023

Attorney signature: /s/David V. Cascio
(Use electronic signature if the appearance form is filed electronically.)

## **CERTIFICATE OF SERVICE**

I, David V. Cascio, an attorney, hereby certify that on June 25, 2024 I caused to be served a copy of the foregoing **Appearance**, in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, including those listed below, by operation of the Court's CM/ECF electronic filing system, addressed to:

Kendra Danielle Spearman
Spearman Law, LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
(312) 788-2602
Fax: Not a member
Email: kendra@spearmanlaw.com

Minya L. Coleman
NIRC/Metra Railroad
Law Department
547 West Jackson Boulevard, 15th Floor
Chicago, IL 60661
312.322.7097
Fax: Not a member
Email: MColeman@Metrarr.com

Dylan Shiver
Metra
547 W. Jackson Blvd., Floor 15
Chicago, IL 60661
312-322-6627
Email: dshiver@metrarr.com

/s/David V. Cascio
David V. Cascio

Revised 8/1/2015