# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Julie Hodge

                                        Plaintiff,

v.                                                            Case No.: 1:24−cv−02226

                                                                          Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: This case has been referred to Judge Jantz for discovery supervision and settlement. The Court sets the following discovery deadlines, some of which were already entered by the District Judge: initial disclosures shall be exchanged by 8/1/2024; written discovery requests shall be served by 8/15/24; fact discovery shall be complete by 12/20/2024. A telephonic status hearing is set for 10/1/24 at 10:15 a.m. To join the status conference by phone, dial 1−650−479−3207 and enter access code 97829499. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.