# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| JULIE HODGE, | ) | |
| | ) | 1:24-cv-02226 |
| Plaintiff, | ) | |
| | ) | |
| and | ) | Judge Jorge L. Alonso |
| | ) | |
| NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION, d/b/a METRA | ) ) ) ) | |
| Defendant. | | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Julie Hodge, by and through her attorney, Kendra D. Spearman, respectfully requests that this Court extend the time to respond to Defendant's Motion to Dismiss to and including July 5th, 2024. In support of this motion, the Plaintiff states as follow:

1. The Complaint in this matter was filed on March 18th, 2024.

2. On May 20th, 2024, the Defendants filed a Motion to Dismiss for Failure to State a Claim.

3. On May 29th, 2024, this Honorable Court entered an order that Plaintiff respond by June 28th, 2024.

4. The Court further ordered that the Defendant reply by July 12th, 2024.

5. The undersigned counsel is a solo practitioner.

6. The undersigned counsel is experiencing a health matter that is preventing her from meeting the June 28th, 2024, deadline.

7. Accordingly, Plaintiff request an additional seven (7) days to respond to Defendants' Motion to Dismiss, and further request that Defendant is given until July 19, 2024, to reply.

8. This is Plaintiff's first request for an extension to respond to Defendant's Motion to Dismiss.

9. The undersigned counsel has conferred with counsel for the Defendants who do not oppose this motion.

    WHEREFORE, Plaintiff respectfully requests this Honorable Court grant an extension up to and including July 5th, 2024, to respond to Defendants' Motion to Dismiss and an extension up to and including July 19, 2024, for Defendant's reply.

Dated: June 27th, 2024

Respectfully Submitted,
/s/Kendra D. Spearman
Kendra D. Spearman
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
312-788-2602
kendra@spearmanlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2024, I served the foregoing document upon all counsel of record by filing a copy with the Clerk of the Northern District of Illinois using the Court's electronic filing system.


/s/Kendra D. Spearman
Kendra D. Spearman
Attorney for the Plaintiff