IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| JULIE HODGE, | ) | |
| | ) | 1:24-cv-02226 |
| Plaintiff, | ) | |
| | ) | |
| and | ) | Judge Jorge L. Alonso |
| | ) | |
| NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION, d/b/a METRA | ) ) ) ) | |
| Defendant. | | |

# NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, July 2nd, 2024, at 9:30 a.m., we shall appear before the Honorable Judge Jorge L. Alonso, in Courtroom 1903, at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Unopposed Motion For Extension Of Time To Respond To Defendant's Motion To Dismiss**, a copy of which is being served upon you.

Dated: June 27th, 2024

Respectfully Submitted,
/s/Kendra D. Spearman
Spearman Law, LLC
Kendra D. Spearman
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
312-788-2602
kendra@spearmanlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2024, I served the foregoing document upon all counsel of record by filing a copy with the Clerk of the Northern District of Illinois using the Court's electronic filing system.


/s/Kendra D. Spearman
Kendra D. Spearman
Attorney for the Plaintiff