UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Julie Hodge, ) | | |
| ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | 2024 -cv-02226 | |
| ) | | |
| Northeast Illinois Regional Commuter ) | | |
| Railroad Corporation, d/b/a Metra. ) | Judge Jorge L. Alonso | |
| ) | | |
| ) | | |
| Defendants. ) | | |

## MOTION TO WITHDRAW

NOW COMES Minya L. Coleman, and respectfully moves this Honorable Court for an Order granting her leave to withdraw her appearance on behalf of Northeast Illinois Regional Commuter Railroad Corporation d/b/a Metra, and states as follows:

1. An appearance was filed on April 24, 2024. *Dkt.6.*

2. On June 25, 2024, an appearance was filed by David V. Cascio of Laner Muchin, Ltd. *Dkt. 17.*

3. The granting of this motion will not prejudice any party to this action.

WHEREFORE, Minya. L. Coleman respectfully requests that this Honorable Court grant the withdrawal of Minya L. Coleman's appearance, *Dkt#6*, and for any other relief that this Honorable Court deems just.

Respectfully submitted,
By:   /s/ Minya L. Coleman
         Attorney for Defendant Metra

Minya L. Coleman, Esq.
A.R.D.C. #6315270
**Metra Law Department** 15th Floor
547 West Jackson Boulevard
Chicago, Illinois 60661
312.322.7097  mcoleman@metrarr.com