## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Julie Hodge

                                      Plaintiff,

v.                                                            Case No.: 1:24−cv−02226

                                                                               Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 12, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso:Defendant's Motion to withdraw [22] is granted. Attorney Minya L. Coleman is given leave to withdraw as counsel for Defendant. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.