# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Julie Hodge

                        Plaintiff,

v.                                         Case No.: 1:24−cv−02226

                                                     Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 13, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Judge Jantz's telephone conference line has changed. For any upcoming telephonic hearings in this matter, the parties shall dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Mailed notice(td, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.