# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Julie Hodge

                                                       Plaintiff,

v.                                                                 Case No.: 1:24−cv−02226

                                                                 Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: The 10/1/24 status hearing is stricken and converted to a joint status report due 10/3/24. The parties' joint status report should include an update on the progress of discovery and the parties#039; interest in a settlement conference at this time. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.