IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JULIE HODGE, )<br>  )<br>  Plaintiff, )<br>  )<br>  and )<br>  )<br>NORTHEAST ILLINOIS REGIONAL )<br>COMMUTER RAILROAD )<br>CORPORATION, d/b/a METRA )<br>  )<br>  Defendant. | 1:24-cv-02226<br><br>Judge Jorge L. Alonso |

## STATUS REPORT

Plaintiff and Defendant jointly submit this status report pursuant to this Court's latest minute entry (Dkt. No. 31) to provide the Court with an update about the progress of discovery and settlement discussions. The Parties state as follows:

Oral Discovery

1. No depositions have been scheduled.

Written Discovery

2. The Defendant issued Rule 26 Disclosures on August 1, 2024.

3. The Defendant issued written discovery requests on August 15, 2024.

4. The Plaintiff's counsel inadvertently overlooked the Court's minute entry on June 25, 2024, regarding discovery deadlines.

5. Thus, both parties agreed to an extension for Plaintiff's Rule 26 disclosures and discovery requests, up to and including September 19, 2024.

6. Plaintiff's counsel issued written discovery requests on September 19, 2024.

1

7. However, the Plaintiff had two family emergencies that caused a delay in the Plaintiff's counsel being able to meet with her.

8. Plaintiff recently returned to town and can provide Rule 26 Disclosures on or before October 18, 2024, after having time to meet with her counsel.

Settlement

9. Plaintiff tendered a monetary settlement demand to Defendant prior to filing the Complaint. Defendant has not authorized a counterproposal at this time.

Respectfully submitted,

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| */s/Kendra D. Spearman* | */s/David V. Cascio* |
| Kendra D. Spearman | David V. Cascio |
| Spearman Law LLC | Laner Muchin, LTD. |
| 150 S. Wacker Drive, 24th Fl | 515 N. State Street, Suite 2400 |
| Chicago, IL 60606 | Chicago, IL 60654 |
| (312) 788-2602 | 312-467-9800 |
| kendra@spearmanlaw.com | dcascio@lanermuchin.com |

**Dated: October 4, 2024**

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that she caused a true and correct copy of the foregoing Joint Status Report to be served upon the following, via the Court's CM/EFC electronic filing system on October 4, 2024:

David V. Cascio
Laner Muchin, LTD.
515 N. State Street, Suite 2400
Chicago, IL 60654
312-467-9800
dcascio@lanermuchin.com

                                                  By: <u>/s/ Kendra D. Spearman</u>
                                                            Kendra D. Spearman