# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Julie Hodge

                        Plaintiff,

v.                                         Case No.: 1:24−cv−02226

                                         Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 8, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: The Court has reviewed the parties' joint status report [32]. Plaintiff failed to serve discovery requests within the deadline set by the Court [18], but served them on 9/19/24 by agreement of the parties. Plaintiff has also failed to serve Rule 26 initial disclosures due to family emergencies, but has represented that she will serve initial disclosures by 10/18/24 after meeting with her counsel, which is now the new due date. A telephonic status hearing on discovery progress is set for 12/16/24 at 11:00 a.m. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.