IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| JULIE HODGE, | ) | |
| | ) | 1:24-cv-02226 |
| Plaintiff, | ) | |
| | ) | |
| and | ) | Judge Jorge L. Alonso |
| | ) | |
| NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION, d/b/a METRA | ) ) ) ) | |
| Defendant. | | |

## STATUS REPORT

Plaintiff and Defendants jointly submit this status report pursuant to this Court's latest minute entry (Dkt. No. 34) to provide the Court with an update about the progress of discovery and settlement discussions. The Parties state as follows:

Oral Discovery

1. No depositions have been scheduled.

Written Discovery

2. On August 1, 2024, the Defendant tendered initial disclosures to Plaintiff.

3. On October 29, 2024, Plaintiff tendered initial disclosures to Defendant.

4. On August 15, 2024, the Defendant issued its First Set of Interrogatories and First Request to Produce to Plaintiff.

5. On September 29, 2024, Plaintiff issued her First Set of Interrogatories and First Request to Produce to Defendant.

6. The Parties had agreed to exchange discovery responses at the same time, but due to Plaintiff's personal and family matters, she was not able to do so.

7. Regardless, Defendant issued its responses to Plaintiff's Interrogatories and Request to Produce on December 12, 2024.

8. The Parties have agreed that Plaintiff will provide her responses on or before December 31, 2024. Defendant requests an order from the Court reflecting Plaintiff's discovery response deadline.

<u>Pending Motions</u>

9. On December 16, 2024, the partis filed an agreed motion, requesting an extension of time to complete fact discovery.

<u>Settlement</u>

10. Plaintiff tendered a monetary settlement demand to Defendants prior to filing the Complaint. Defendants have not authorized a counterproposal at this time.

Respectfully submitted,

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| <u>*/s/Kendra D. Spearman*</u> | <u>*/s/David V. Cascio*</u> |
| Kendra D. Spearman | David V. Cascio |
| Spearman Law LLC | Laner Muchin, LTD. |
| 150 S. Wacker Drive, 24th Fl | 515 N. State Street, Suite 2400 |
| Chicago, IL 60606 | Chicago, IL 60654 |
| (312) 788-2602 | 312-467-9800 |
| kendra@spearmanlaw.com | dcascio@lanermuchin.com |

**Dated:** December 19, 2024

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that she caused a true and correct copy of the foregoing Joint Status Report to be served upon the following, via the Court's CM/EFC electronic filing system on December 16, 2024:

David V. Cascio
Laner Muchin, LTD.
515 N. State Street, Suite 2400
Chicago, IL 60654
312-467-9800
dcascio@lanermuchin.com

By:    /s/ Kendra D. Spearman
       Kendra D. Spearman