# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Julie Hodge

                                   Plaintiff,

v.                                                  Case No.: 1:24−cv−02226

                                                         Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 26, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Plaintiff's Agreed Motion for Extension of Time to Complete Discovery [35] is granted. The fact discovery deadline of 12/20/24 is stricken and re−set to 3/31/25. The Court has reviewed the parties' joint status report [36]. Plaintiff's discovery responses are due by 12/31/24, by agreement of the parties. A telephonic status hearing is set for 2/27/25 at 2:15 p.m. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.