## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Julie Hodge

                        Plaintiff,

v.

                        Case No.: 1:24−cv−02226

                        Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2025:

    MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's Unopposed Motion for Protective Order [38] was improperly presented to the District Judge and falls within Judge Jantz's referral for discovery supervision. The Court takes the motion under advisement. Per Judge Jantz's Standing Order on Confidentiality or Protective Orders and Filing Material Under Seal, the parties "must base the proposed order on the model protective order approved by the full Court and set forth in the Local Rules: Form LR 26.2 Model Confidentiality Order," and "shall email copies of [a] redlined version and the clean Word version of the proposed order to the Court's proposed order inbox (Proposed_Order_Jantz@ilnd.uscourts.gov), with CC to counsel for all parties." The parties are ordered to submit their proposed order to Judge Jantz's proposed order inbox by 1/23/25. The Court will rule on the motion upon review of the proposed order to ensure it substantially complies with the model order. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.