# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Julie Hodge

                                           Plaintiff,

v.                                                                                    Case No.: 1:24−cv−02226

                                                                                     Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: Joint Agreed Motion for Extension of the Discovery Deadline [44] is granted due to Plaintiff's unforeseen medical issues. The fact discovery deadline is stricken and reset to 5/30/25. Plaintiff is to produce to defense counsel executed HIPAA and Illinois Mental Health Confidentiality Act Authorizations by 3/10/25 to ensure that discovery can move forward ahead of the 5/30/25 deadline. The 2/27/25 status hearing is stricken and reset to 5/22/25 at 1:15 p.m. Call in information remains the same. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.