## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Julie Hodge

                              Plaintiff,

v.                                               Case No.: 1:24−cv−02226

                                                        Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: The Court is in receipt of the parties' Agreed Motion for Extension of Time to Complete Fact Discovery [48], which seeks to extend the fact discovery deadline from 8/30/25 to 10/2/25 to complete third−party medical record discovery and depositions. The status hearing set for 8/28/25 [47] stands. Before that status, the parties are to continue working on obtaining responses for any outstanding records subpoenas by affirmatively reaching out to them, and shall schedule or reschedule a date for depositions that the parties agree can go forward now. The parties should be prepared to discuss all outstanding discovery at the 8/28/25 hearing, and the Court will address the parties' extension request at that time based on what progress they've shown leading up to the status. Otherwise, written discovery is now closed. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.