# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Julie Hodge

                                       Plaintiff,

v.                                                                         Case No.: 1:24−cv−02226

                                                                        Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: The telephonic status hearing set for 9/30/25 [50] is converted to a joint status report ("JSR") due by 10/1/25. In their JSR, the parties are to: (1) confirm the completion of fact discovery; (2) include a proposed expert discovery schedule, if needed; and (3) indicate whether there is any settlement interest. The Court will set further deadlines after reviewing the JSR. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.