UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Julie Hodge

          Plaintiff,

v.

Case No.: 1:24−cv−02226

Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 7, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: As of the last status hearing on 8/28/25, any remaining deposition subpoenas or notices had to issue by 9/11/25, fact discovery was extended to 10/2/25 for depositions only, and written fact discovery was closed. Therefore, any fact discovery issues or disputes are no longer timely unless they flow from depositions taken after 8/28/25. The District Judge previously set a deadline of 9/30/24 to amend pleadings and noted that any motions to amend filed after that date would need to meet Rule 16's good cause standard. (Dkt. [15]). Any such motion to amend must be filed with the District Judge by 11/6/25, and explain why this standard has been met. At the next status hearing, the parties should be prepared to report on a proposed schedule for expert discovery. Defendant reports no interest in settlement at this time. A telephonic status hearing is set for 11/20/25 at 10:30 a.m., to address these issues and any remaining and timely fact discovery disputes. No discovery motions may be filed prior to the hearing. In the meantime, the parties are to continue meeting and conferring (by phone or video, emails or letters alone will not suffice) as to disputes raised in the JSR. To join the 11/20/25 hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.