# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JULIE HODGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24 C 2226 |
| | ) | |
| NORTHERN ILLINOIS REGIONAL COMMUTER RAILROAD CORP., | ) ) | Hon. Jorge L. Alonso |
| | ) | Magistrate Judge Beth W. Jantz |
| Defendant. | ) | |

## NOTICE OF MOTION

To:     See Service List

PLEASE TAKE NOTICE that on Nov 12, 2025 at 9:30 a.m., we shall appear before the Honorable Judge Jorge L. Alonso, in Courtroom 1903, at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant's Motion for Lave to Amend its Answer and Affirmative Defenses**, a copy of which is being served upon you.

Dated: November 6, 2025         Respectfully submitted,

NORTHERN ILLINOIS REGIONAL COMM
RAILROAD CORPORATION

/s/David V. Cascio
David V. Cascio
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
Dcascio@lanermuchin.com
*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

I, David V. Cascio, an attorney, hereby certifies that he caused the foregoing **Notice of Defendant's Motion for Leave to Amend its Answer and Affirmative Defenses** in the above-captioned matter to be filed with the Court and served upon the parties of record listed below, via the Court's e-filing system, on this 6th day of November, 2025, addressed to:

>Kendra Danielle Spearman
>Spearman Law, LLC
>150 S. Wacker Drive, 24th Floor
>Chicago, IL 60606
>(312) 788-2602
>Fax: Not a member
>Email: kendra@spearmanlaw.com

                /s/David V. Cascio