**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Julie Hodge

                              Plaintiff,

v.                                      Case No.:
                                        1:24−cv−02226

                                        Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 10, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's response to Defendant's Motion for leave to amend its answer and affirmative defenses [54] shall be filed by 11/21/25; Defendant's reply shall be filed by 12/1/25. Motion hearing date of 11/12/25 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.