UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Julie Hodge

                                             Plaintiff,

v.                                                       Case No.: 1:24–cv–02226

                                                      Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 20, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing held on 11/20/25 and continued to 12/1/25 at 11:45 a.m. The parties confirm that oral discovery is completed (written discovery previously closed), however, there are some outstanding discovery disputes, which the Court addressed with the parties. The parties agree to continue to meet and confer on the issues. At the next status hearing, the parties must be prepared to argue and take positions on any still outstanding discovery issues, and to propose a firm expert discovery and/or dispositive motions schedule. To join the hearing by phone, dial 1–650–479–3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.