UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Julie Hodge
                              Plaintiff,

v.                                         Case No.: 1:24–cv–02226

                                        Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing held on 12/1/25 and continued to 12/16/25 at 12:45 p.m. The parties report that they have not yet met and conferred to discuss the outstanding discovery issues raised at the last status hearing and in their most recent joint status report, and they need additional time to do so. The parties are to meet and confer (by phone or video) prior to the next status hearing. To the extent that there are any issues that the parties are unable to resolve among themselves, they are to be prepared to present argument on them at the hearing. The parties are also reminded that they should be prepared to propose a firm expert discovery and/or dispositive motions schedule. To join the hearing by phone, dial 1–650–479–3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.