## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Julie Hodge

                                Plaintiff,

v.                                         Case No.: 1:24−cv−02226

                                        Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 16, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: The Court held a status hearing on 12/16/25 to discuss any ongoing issues with fact discovery. Plaintiff is to produce the documents that the Parties agreed would be produced, including a medical records release, by 1/6/26. Otherwise, all other fact discovery is completed. [58] Further, a status hearing is set for 3/26/26 at 1:45PM, during which the parties must be prepared to propose an expert discovery and/or dispositive motions schedule, and/or note any interest in settlement talks. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.