# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

| | |
|---|---|
| Julie Hodge | |
| | Plaintiff, |
| v. | Case No.: 1:24−cv−02226 |
| | Honorable Jorge L. Alonso |
| Northern Illinois Regional Commuter Railroad Corporation | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 9, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant has moved to amend its affirmative defenses to add an affirmative defense under the Illinois Tort Immunity Act and to supplement the facts supporting its failure to mitigate affirmative defense. Defendant's motion [54] is granted in part and denied in part. The Court denies the motion to add an affirmative defense under the Illinois Tort Immunity Act because it would be futile where Plaintiff brings only federal claims against the Defendant. Payne for Hicks v. Churchich, 161 F.3d 1030, 1038 (7th Cir. 1998) ("Immunity on the federal claims... is a matter of federal law."); Beers v. McVicker, No. 3:23−CV−00413−JPG, 2023 WL 3918958, at *3 (S.D. Ill. June 9, 2023) (&quot;The Tort Immunity Act bars state claims against a defendant.") (emphasis in original). The Court grants Defendant's request to supplement its affirmative defense on failure to mitigate damages. Defendant obtained the relevant information near the end of discovery from a witness that was no longer employed by the Defendant. ECF No. 54 at 3. Plaintiff counters that Defendant has been aware of this information for years but does not explain how that is the case or point to any specific discovery materials earlier obtained that contained the relevant information. Accordingly, there is good cause for the amendment, and it was not done to cause undue delay, in bad faith, or to promote a dilatory motive. To the extent this ruling causes any unfair prejudice to the Plaintiff, Plaintiff is free to move the Magistrate Judge for leave to conduct limited additional discovery on the supplemented affirmative defense. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.