## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Julie Hodge

Plaintiff,

v.

Case No.:
1:24–cv–02226

Honorable Jorge L.
Alonso

Northern Illinois Regional Commuter Railroad
Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 11, 2026:

     MINUTE entry before the Honorable Beth W. Jantz: In light of Judge Alonso's Order [63], the parties should come prepared to the 3/26/2026 status hearing [61] to discuss the parties' positions in the need for opening any limited additional discovery on the supplemented affirmative defense on failure to mitigate damages. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.