# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Julie Hodge

Plaintiff,

v.

Case No.:
1:24–cv–02226

Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 24, 2026:

MINUTE entry before the Honorable Beth W. Jantz: The Court is in receipt of Defendant's Motion to Compel and/or for Sanctions [66]. The parties shall call into the 3/26/2026 status hearing [61] prepared to address Defendant's Motion. Failure to call into the hearing and/or preparation to respond to it will result in an in person hearing being scheduled. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.