## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Julie Hodge

                         Plaintiff,

v.
                                     Case No.:
                                     1:24−cv−02226
                                     Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 26, 2026:

      MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing held on 3/26/26 and continued to 6/10/26 at 3:15 p.m. The Plaintiff addressed the Defendant's Motion to Compel and/or for Sanctions [66]. For all the reasons stated on the record, the motion is denied as moot. Plaintiff requires more limited discovery in accordance with the District Judge's minute order [63] and shall meet and confer with her client and opposing counsel on the issue within 7 days. The parties are to also meet and confer about formalizing the response from Plaintiff that they could not find any "beliefs documents," as referenced during the hearing. A signed medical authorization is due from Plaintiff to defense counsel by 3/27/26, to allow for the defense to obtain medical records and re−depose the Plaintiff. Other than the foregoing, all fact discovery is closed. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.