**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Julie Hodge

Plaintiff,

v.

Case No.:
1:24–cv–02226

Honorable Jorge L.
Alonso

Northern Illinois Regional Commuter Railroad
Corporation

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing held on 6/10/26 and continued to 8/25/26 at 10:15 a.m. The parties update the Court on the limited fact discovery remaining from the last hearing [68]. Plaintiff confirms that she does not need any further discovery as to Defendant's affirmative defense of failure to mitigate damages. Plaintiff will produce by 6/12/26 the referenced signed and notarized affidavit regarding the "beliefs documents," and respond as to whether the recently obtained medical records cover the universe of the relevant medical record. Plaintiff's re–deposition must occur by no later than 8/31/26. Plaintiff shall serve a revised settlement demand to the Defense by 6/24/26, and the Defense shall respond to the revised demand with an offer by 7/8/26. At the next status hearing, the parties shall report on settlement positions, should they require the Court's assistance, and/or a proposed expert discovery schedule. To join the hearing by phone, dial 1–650–479–3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.