**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Julie Hodge

Plaintiff,

v.

Case No.: 1:24−cv−02226
Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable Beth W. Jantz: The status hearing set for 8/25/2026 [69] is rescheduled to 9/2/2026 at 11:00 a.m. Call−in information remains the same. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.