**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Julie Hodge

Plaintiff,

v.

Case No.: 1:24−cv−02226
Honorable Jorge L. Alonso

Northern Illinois Regional Commuter Railroad Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 2, 2026:

MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing held on 9/2/26 and continued to 10/6/26 at 11:00 a.m. The parties update the Court on the progress of discovery. The notarized affidavit regarding the "beliefs documents" is complete and Plaintiff's re−deposition has been scheduled for 9/18/26. Plaintiff confirms that all medical records produced are a complete, relevant collection. Both sides anticipate expert discovery and shall propose a schedule at the next hearing. Additionally, Defense Counsel will provide a settlement counteroffer in advance of the next status as well. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.